UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEREX AFRICA (PTY) LTD. <br> and <br> BERTLING LOGISTICS, INC., <br><br> Plaintiffs, <br><br> VS. <br><br> MAR-TEX SHIPPING & CHARTERING AGENCY, INC. <br> and <br> GLOBAL CONTAINER LINES LTD., <br><br> Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. H-05-2833 |

### MEMORANDUM AND ORDER

On March 8, 2006, this Court entered a conditional order of dismissal, pursuant to the parties' representation that they had reached a settlement agreement. In accordance with the parties' joint motion, the Court now **VACATES** that order and finds that the suit should be and hereby is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 27th day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1